UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Roberto Harold Colajay Pineda,

        Petitioner,

    v.

Knight, *et al.*,

        Respondents.

Case No. 2:26-cv-01400-APG-EJY

**Order**

    IT IS THEREFORE ORDERED that the Amended Petition currently due May 22, 2026 would be extended to June 5, 2026, the Government's Response to Amended Petition to be filed fourteen (14) days after the amended petition is filed, and Petitioner's Reply to be filed seven (7) days after response to amended petition.

    DATED this __22nd__ day of May, 2026.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

3