# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ROBERTO HAROLD CULAJAY PINEDA, | Case No.: 2:26-cv-01400-APG-EJY |
| Petitioner | **Order Granting Request to Transfer Filing Fee and Denying as Moot Application for Leave to Proceed In Forma Pauperis** |
| v. | |
| , | |
| Respondents | |

ROBERTO HAROLD CULAJAY PINEDA,

    Petitioner

v.                                                                    Case No.: 2:26-cv-01637-APG-BNW

JASON KNIGHT, et al.,

    Respondents

Petitioner Robert Pineda erroneously filed two habeas actions. Case Nos. 2:26-cv-1400-APG-EJY; 2:26-cv1637-APG-BNW.  He voluntarily dismissed the second one as duplicative but requested that I order the $5 filing fee from his second case be applied to his first case. 2:26-cv-1637-APG-BNW, ECF No. 8.  I grant that request.

I THEREFORE ORDER the clerk of court to apply the $5 filing fee paid in 2:26-cv-01637-APG-BNW to satisfy the filing fee in 2:26-cv-1400-APG-EJY.

I FURTHER ORDER that the petitioner's application for leave to proceed in forma pauperis (ECF No. 10 in 2:26-cv-1400-APG-EJY) is DENIED as moot.

DATED this 22nd day of June, 2026.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE